**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 15 MM 2019 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DOMINGO COLON-MONTANEZ, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, the "Application for Leave to File a Supplemental Argument" and the "Emergency Petition for Extraordinary Relief" are DENIED, and the "Petition to Expedite the Ruling" is DISMISSED AS MOOT.